1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:22-cr-00209-JGB |
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Francisco Hernandez | ) | |
| Defendant. | ) | |

16    The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the _____ District of
18  _____ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20    Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A.  (x)   The defendant has not met his/her burden of establishing by clear and
23          convincing evidence that he/she is not likely to flee if released under 18
24          U.S.C. § 3142(b) or (c).  This finding is based on the following:
25          ( )   information in the Pretrial Services Report and Recommendation
26          ( )   information in the violation petition and report(s)
27          (x)   the defendant's nonobjection to detention at this time
28          ( )   other: _____

1

and/ or

B. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

( ) information in the Pretrial Services Report and Recommendation

( ) information in the violation petition and report(s)

(×) the defendant's nonobjection to detention at this time

( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 04/30/2025

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE